(July 29, 1926.)

JESSE H. NIELSON, O. C. CHAPLIN, J. P. BLAIR, GEO. W. TALBOT, J. C. FOWLER, JOS. MORLEY, A. H. BEASLEY, DAVID SMITH, L. J. NIELSON, and G. W. JENSEN, Respondents, v. BOARD OF COMMISSIONERS OF BONNEVILLE COUNTY, IDAHO, Appellant.

[248 Pac. 468.]

APPEAL from the district court of the Ninth Judicial district, for Bonneville County. Hon. Ralph W. Adair, Judge.

Judgment fixing salaries of county officers. *Reversed.*

Otto E. McCutcheon and A. D. Erickson for Appellant.

Harry Holden, C. E. Crowley and E. M. Holden for Respondent.

WM. E. LEE, J.—This appeal was heard with that of *Criddle v. Board of Commissioners, ante,* p. 811, 248 Pac. 465, and on the authority of the decision of that cause, the judgment is reversed. Costs to appellant.

William A. Lee, C. J., and Givens and Taylor, JJ., concur.

Mr. Justice Budge's views will be found in *Criddle v. Board of Commissioners, ante,* p. 811, 248 Pac. 465.